UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                   :

STRIKE 3 HOLDINGS, LLC,              :

                     Plaintiff,  :

                                  :        26 Civ. 2634 (LGS)

         -against-             :

                                  :

JOHN DOE subscriber assigned IP address  :        **ORDER**
162.84.236.148,

                     Defendant.  :

                                  :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered April 22, 2026, required Plaintiff to file a status letter by June 3, 2026.

WHEREAS, although Plaintiff submitted a filing on June 3, it appears that the document was not intended to be filed in this case. The document is titled "Declaration of Patrick Paige in Support of Plaintiff's Motion for Leave to Take Discovery Prior to a Rule 26(f) Conference," and bears the caption for case number 26 Civ. 3042 in the United States District Court for the Eastern District of New York. It is hereby

**ORDERED** that Dkt. No. 13 is stricken. It is further

**ORDERED** that, by **June 8, 2026,** Plaintiff shall file a status letter as required by the April 22 Order.

The Clerk of Court is respectfully directed to strike the filing at Dkt. No. 13.

Dated: June 5, 2026
      New York, New York

                                    LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE